**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**REYNALDO SOTELO**



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 08-224-LJO |
| Plaintiff, | |
| vs. | ORDER CONTINUING ARRAIGNMENT |
| REYNALDO SOTELO, et al., | |
| Defendants. | |

Accordingly, for good cause shown, the court HEREBY ORDERS that the Arraignment scheduled for July 29, 2008 at 9:00 a.m., is continued to August 11, 2008, at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from July 29, 2008 to August 11, 2008. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

Dated: July ____, 2008

_____
OLIVER WANGER
United States Magistrate Judge

Stipulation and (Proposed Order for
Continuance of Arraignment                3