1

2  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
4  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051

5  Attorneys for Defendant
   **REYNALDO SOTELO**

6




7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )    NO: 08-224-LJO
11                                   )
             Plaintiff,              )
12                                   )    ORDER CONTINUING
         vs.                         )    ARRAIGNMENT
13                                   )
   REYNALDO SOTELO, et al.,          )
14                                   )
             Defendants.             )
15 _____    )

16     Accordingly, for good cause shown, the court HEREBY ORDERS that the Arraignment

17 scheduled for July 29, 2008 at 9:00 a.m., is continued to August 11, 2008, at 9:00 a.m.

18     THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from July

19 29, 2008 to August 11, 2008. The court finds, based on the aforementioned reasons, that the ends

20 of justice is served by granting the requested continuance outweigh the best interest of the public and

21 the defendant in a speedy trial. The failure to grant the requested continuance would deny defense

22 counsel reasonable time necessary for effective preparation, taking into account the exercise of due

23 diligence, and would result in a miscarriage of justice. The Court therefore concludes that this

24 exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

25     SO ORDERED.

26 Dated: July ____, 2008
                                          _____
27                                        OLIVER WANGER
                                          United States Magistrate Judge
28

Stipulation and (Proposed Order for
Continuance of Arraignment                    3