1

**RICHARD P. POINTER, ESQ., SBN: 86630**
2   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
    2007 W. Hedding Street, Suite 100
3   San Jose, Ca 95128
    Telephone:   (408) 246-5500
4   Facsimile:   (408) 246-1051

5   Attorneys for Defendant
    **REYNALDO SOTELO**
6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO: 08-224-LJO
                                        )
            Plaintiff,                  )
12                                      )   ORDER CONTINUING
       vs.                              )   ARRAIGNMENT
13                                      )
    REYNALDO SOTELO, et al.,            )
14                                      )
            Defendants.                 )
15  _____ )

16      Accordingly, for good cause shown, the court HEREBY ORDERS that the Arraignment

17  scheduled for July 29, 2008 at 9:00 a.m., is continued to August 11, 2008, at ~~9:00 a.m.~~ 1:30 pm

18      THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from July

19  29, 2008 to August 11, 2008. The court finds, based on the aforementioned reasons, that the ends

20  of justice is served by granting the requested continuance outweigh the best interest of the public and

21  the defendant in a speedy trial. The failure to grant the requested continuance would deny defense

22  counsel reasonable time necessary for effective preparation, taking into account the exercise of due

23  diligence, and would result in a miscarriage of justice. The Court therefore concludes that this

24  exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

25      SO ORDERED.

26  Dated: July 28, 2008
                                            _____
27                                          ~~OLIVER WANGER~~
                                            United States Magistrate Judge
28

---

Stipulation and (Proposed Order for
Continuance of Arraignment                      3

LODGED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK