UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

FILED
AUG 04 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-08-00224 (OWW) |
| Plaintiff, ) | [PROPOSED] ORDER EXONERATING CORPORATE SURETY BOND AND RELEASE ON A PERSONAL RECOGNIZANCE BOND |
| vs. ) | |
| REYNALDO SOTELO, et al., ) | |
| Defendants. ) | |

Based on Stipulation of the Parties,

IT IS HEREBY ORDERED that the Corporate Surety Bond previously ordered be exonerated and that defendant remain free on a Personal Recognizance Bond.

IT IS SO ORDERED.

Dated: ~~July~~ August 3, 2009

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE