Case 1:08-cr-00224-LJO-DLB   Document 314   Filed 08/28/09   Page 1 of 1



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNALDO SOTELO, et al.,<br><br>Defendants. | NO: CR-08-00224 (OWW)<br><br>[PROPOSED] ORDER RELEASING REYNALDO SOTELO FROM PRETRIAL SUPERVISION |

Based on Stipulation of the Parties,

IT IS HEREBY ORDERED that defendant, Reynaldo Sotelo, is released from having to report to his pretrial officer.

IT IS SO ORDERED.

Dated: August 27, 2009

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to
Exonerate Corporate Surety Bond and Release
on Personal Recognizance

2