1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

**FRESNO DIVISION**

8
9

UNITED STATES OF AMERICA,                    )   Case No.:  08-00224 (OWW)
                                             )
                Plaintiff,                   )   ORDER CONTINUING THE

10
                                             )   SEPTEMBER 28, 2009
        vs.                                  )   SENTENCING HEARING

11
                                             )
REYNALDO SOTELO,                             )

12
                                             )
                Defendant                    )

13
                                             )

14
_____

15      Based on the Stipulation of the Parties,

16      IT IS HEREBY ORDERED that the sentencing hearing scheduled for September 28,

17  2009, at 9:00 a.m., is continued to November 16, 2009, at 9:00 a.m.

18      IT IS SO ORDERED.

19
Dated:  September 16, 2009                    /s/ OLIVER W. WANGER

20                                            OLIVER W. WANGER
                                             UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com