**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08-00224 (OWW) |
|       Plaintiff, | ) ORDER CONTINUING THE |
| vs. | ) NOVEMBER 16, 2009 |
| REYNALDO SOTELO, | ) SENTENCING HEARING |
|       Defendant | ) |

Based on the Stipulation of the Parties,

IT IS HEREBY ORDERED that the sentencing hearing scheduled for November 16, 2009, at 9:00 a.m., is continued to February 22, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 10, 2009            __/s/ OLIVER W. WANGER_____
                                      OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com