UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-cr-0224 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| v. | ) | ORDER THEREON |
| | ) | |
| REYNALDO W. SOTELO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for February 22, 2010 be continued to September 20, 2010 at 9:00 a.m.  The parties are not ready to proceed with the sentencing and additional time is needed.

DATED: February 3, 2010.                BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ Laurel J. Montoya
                                            Laurel J. Montoya
                                            Assistant U.S. Attorney


DATED: February 3, 2010.                 /s/ Albie Jachimowicz
                                         Albie Jachimowicz
                                         Attorney for Defendant
                                         Reynaldo W. Sotelo

IT IS SO ORDERED.

Dated:   February 3, 2010           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1