UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                            RE:    Reynaldo W. SOTELO
                                    Docket Number:   1:08CR00224-006 OWW
                                    PERMISSION TO TRAVEL
                                    OUTSIDE THE COUNTRY

Your Honor:

The probationer is requesting permission to travel to London, England, and Rome, Italy. He is current with all supervision obligations. He has paid the $5,000 fine and $100 special assessment, and has a remaining balance of 80 hours of community service. The assigned probation officer (Northern District of California) recommends approval be granted; this officer concurs. The Government has been advised and does not object to this travel request.

**Conviction and Sentencing Date:** On September 20, 2010, Mr. Sotelo was sentenced for the offense of Conspiracy to Traffic In Certain Motor Vehicles or Motor Vehicle Parts and to Fraudulently or Knowingly Export Merchandise From the United States Contrary to any Law or Regulation.

**Sentence imposed:** 36 months probation; $5,000 fine, $100 special assessment

**Special Conditions:** 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) No new credit; 5) 300 hours community service

**Dates and Mode of Travel:** May 15 to 30, 2011; via British Airlines

**Purpose:** Honeymoon and vacation.

PDF created with pdfFactory trial version www.pdffactory.com

RE:   **REYNALDO W. SOTELO**
      Docket Number:   1:08CR00224-006 OWW
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

**DATED:**   March 21, 2011
             Fresno, California
             HJA/mb

**REVIEWED BY:**   /s/ Robert A. Ramirez for:
                   **RICK C. LOUVIERE**
                   **Assistant Deputy Chief United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**                              Disapproved _____

 March 23, 2011                               /s/ Oliver W. Wanger
Date                                          Oliver W. Wanger
                                              **Senior United States District Judge**